**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF MARYLAND

Case number *(if known)* _____   Chapter **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/24

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Commodities International Real Estate, LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **88-1576501** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **11101 Indian Head Highway, Suite E1** **Fort Washington, MD 20744** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Prince Georges** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor    **Commodities International Real Estate, LLC**                         Case number (*if known*) _____
          Name

**7.**  **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number | _____ |
| | District | _____ | When | _____ | Case number | _____ |

**10.**  **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

Debtor  **Commodities International Real Estate, LLC**          Case number (*if known*) _____
_____ Name

| List all cases. If more than 1, attach a separate list | Debtor | | Relationship | |
|---|---|---|---|---|
| | District | _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in this district?**   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

   **Why does the property need immediate attention?** (*Check all that apply.*)

   - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
     What is the hazard? _____
   - ☐ It needs to be physically secured or protected from the weather.
   - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
   - ☐ Other _____

   **Where is the property?** _____
   Number, Street, City, State & ZIP Code

   **Is the property insured?**
   - ☐ No
   - ☐ Yes.   Insurance agency _____
     Contact name _____
     Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ■ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **Commodities International Real Estate, LLC**                    Case number (*if known*) _____
Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 15, 2025**
                MM / DD / YYYY

**X** */s/ Joseph Spencer* _____        **Joseph Spencer** _____
Signature of authorized representative of debtor        Printed name

Title    **Managing Sole Member**

**18. Signature of attorney**

**X** */s/ Charles E Walton* _____        Date    **January 15, 2025**
Signature of attorney for debtor                        MM / DD / YYYY

**Charles E Walton**
Printed name

**Walton Law Group**
Firm name

**10905 Fort Washington Road Ste 201**
**Fort Washington, MD 20744**
Number, Street, City, State & ZIP Code

Contact phone    **301-292-8357**        Email address    **cwalton@cwaltonlaw.com**

**17474 MD**
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Commodities International Real Estate, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF MARYLAND** |
| Case number (if known): | |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Baltimore City Assessment Office 6 Saint Paul Street, 11 Floor Baltimore, MD 21202** | | **Tax lien 2536 West Lafayette Avenue Baltimore, MD 21216** | | | | **$15,000.00** |
| **Baltimore City Assessment Office 6 Saint Paul Street, 11 Floor Baltimore, MD 21202** | | **2756 W. Mosher Street Baltimore, MD 21216** | | | | **$2,500.00** |
| **Baltimore City Assessment Office 6 Saint Paul Street, 11 Floor Baltimore, MD 21202** | | **1524 McHenry Street Baltimore, MD 21213** | | | | **$2,300.00** |
| **Baltimore City Assessment Office 6 Saint Paul Street, 11 Floor Baltimore, MD 21202** | | **1723 E. 32nd Street Baltimore, MD 21218** | | | | **$2,000.00** |
| **Baltimore City Assessment Office 6 Saint Paul Street, 11 Floor Baltimore, MD 21202** | | **Taxes 1904 Boone Street Baltimore MD 20707** | | | | **$1,060.00** |
| **Baltimore Dept. of Public Works 200 Holliday Street, Suite 600 Baltimore, MD 21202** | | **Water BIll** | | | | **$1,700.00** |
| **Doris White 5000 Lydianna Lane, Apt#119 Suitland, MD 20746** | | **Borrowed Funds** | | | | **$23,000.00** |
| **Jeffrey Jackson 2711Accokeek Road Waldorf, MD 20601** | | **Borrowed Funds** | | | | **$15,000.00** |

Debtor **Commodities International Real Estate, LLC**                     Case number *(if known)* _____
           Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Lowes Business Acct/SYNCB Synchrony Bank Attn: Bankruptcy Dept PO Box 965065 Orlando, FL 32896-5065** | | **Credit Card** | | | | **$1,900.00** |

Official form 204                     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims                     page 2

Adrian Jacobs
McMichael Taylor Gary, LLC
7470 New Technology Way, Suite P
Frederick, MD 21703


Baltimore City Assessment Office
6 Saint Paul Street, 11 Floor
Baltimore, MD 21202


Baltimore City Assessment Office
6 Saint Paul Street, 11 Floor
Baltimore, MD 21202


Baltimore City Assessment Office
6 Saint Paul Street, 11 Floor
Baltimore, MD 21202


Baltimore City Assessment Office
6 Saint Paul Street, 11 Floor
Baltimore, MD 21202


Baltimore City Assessment Office
6 Saint Paul Street, 11 Floor
Baltimore, MD 21202


Baltimore Dept. of Public Works
200 Holliday Street, Suite 600
Baltimore, MD 21202


Clear Edge Lending
20 Enterprise, Suite 350
Aliso Viejo, CA 92656


Diana Theologou
McMichael Taylor Gary, LLC
7470 New Technology Way, Suite P
Frederick, MD 21703

Diana Theologou
McMichael Taylor Gary, LLC
7470 New Technology Way, Suite P
Frederick, MD 21703


Doris White
5000 Lydianna Lane, Apt#119
Suitland, MD 20746


E&C Properties
11101 Indian Head Highway, Suite F
Fort Washington, MD 20744


Easy Street Capital
201 West 5th Street
Austin, TX 78701


Easy Street Capital
201 West 5th Street
Austin, TX 78701


Eskin Law, LLC
1700 Reisterstown Road, Suite 212
Baltimore, MD 21208


Fund that Flips/Upright Capital
1300 East 9th Street, Suite 800
Cleveland, OH 44114


Greggory Thorne
McMichael Taylor Gary, LLC
7470 New Technology Way, Suite P
Frederick, MD 21703


Gregory Thorne
McMichael Taylor Gary, LLC
7470 New Technology Way, Suite P
Frederick, MD 21703

James E. Clarke
Atlantic Law Group, LLC
PO Box 2548
Leesburg, VA 20177


Jeffrey Jackson
2711Accokeek Road
Waldorf, MD 20601


Joseph Spencer
3509 Rhode Island Ave
Mount Rainier, MD 20712


Joseph Spencer
3509 Rhode Island Avenue
Mount Rainier, MD 20712


Joseph Spencer
3509 Rhode Island Avenue
Mount Rainier, MD 20712


Joseph Spencer
3509 Rhode Island Avenue
Mount Rainier, MD 20712


Joseph Spencer
3509 Rhode Island Avenue
Mount Rainier, MD 20712


Joseph Spencer
3509 Rhode Island Avenue
Mount Rainier, MD 20712


Laura H. G, O'Sullivan
312 Marshall Avenue, Suite 800
Laurel, MD 20707

```
Lowes Business Acct/SYNCB
Synchrony Bank
Attn: Bankruptcy Dept
PO Box 965065
Orlando, FL 32896-5065


Mary L. Hurley
Atlantic Law Group, LLC
PO Box 2548
Leesburg, VA 20177


Matthew M. McKetney
McMichael Taylor Gary, LLC
7470 New Technology Way, Suite P
Frederick, MD 21703


Michael T. Cantrell, Esq.
312 Marshall Avenue, Suite 800
Laurel, MD 20707


Paul J. Moran
Atlantic Law Group, LLC
PO Box 2548
Leesburg, VA 20177


Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City, UT 84165
```

# United States Bankruptcy Court
## District of Maryland

In re **Commodities International Real Estate, LLC**

Debtor(s)

Case No.

Chapter **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Commodities International Real Estate, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**January 15, 2025**

Date

**/s/ Charles E Walton**

**Charles E Walton**

Signature of Attorney or Litigant

Counsel for   **Commodities International Real Estate, LLC**

**Walton Law Group**
**10905 Fort Washington Road Ste 201**
**Fort Washington, MD 20744**
**301-292-8357 Fax:301-292-9439**
**cwalton@cwaltonlaw.com**